# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ALBERT MCCULLOUGH,

    Plaintiff,

        v.

LARRY SPATHELF AND JASON WESTGATE,

    Defendants.

NO. 3:17-cv-1856

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 12th day of April, 2018, **IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss (Docs. 9 and 14) are **GRANTED in part and DENIED in part** as follows:

(A)     Plaintiff's Fourteenth Amendment substantive due process claim (Count I) is **DISMISSED with prejudice**;

(B)     Plaintiff's claim for false arrest under 42 U.S.C. § 1983 (Count II, in part) is **DISMISSED with prejudice**; and

(C)     Defendants' Motions to Dismiss are **DENIED** in all other respects.

                                    /s/ A. Richard Caputo
                                    A. Richard Caputo
                                    United States District Judge